**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY**

**Case No. 23-cv-20666-BB**

| | |
|---|---|
| VICTORIA MILLER, | ) |
| | ) |
| Plaintiff, | ) **JURY TRIAL DEMANDED** |
| | ) |
| vs. | ) |
| | ) |
| ROYAL CARIBBEAN CRUISES LTD., | ) |
| a Foreign Corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**VERIFIED MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE* PURSUANT TO
FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.510**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of P. Shane O'Neill, Esq. of the law firm of Weinberg Wheeler Hudgins Gunn, & Dial, LLC with offices at 3344 Peachtree Road NE, Suite 2400, Atlanta, Georgia, 30326; (404) 832-9580, for purposes of appearance as co-counsel on behalf of Victoria Miller in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit P. Shane O'Neill to receive electronic filings in this case, and in support thereof states as follows:

1. P. Shane O'Neill is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of Georgia and the Northern District of Georgia, United States District Court.

2. Movant, Cecilia D. Orozco, Esq., Florida Bar Number 1018671, of the law firm

of Weinberg Wheeler Hudgins Gunn & Dial, LLC, 3344 Peachtree Rd NE, Suite 2400, Atlanta, GA 30326; and 3350 Virginia Street, Suite 500, Miami, Florida 33133; 305.455.9500, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, P. Shane O'Neill has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. P. Shane O'Neill, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to P. Shane O'Neill at email address: soneill@wwhgd.com.

WHEREFORE, Cecilia D. Orozco, Esq., moves this Court to enter an Order P. Shane O'Neill, to appear before this Court on behalf of Victoria Miller, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to P. Shane O'Neill.

Dated: March 13, 2023

*/s/ Cecilia D. Orozco*
Cecilia D. Orozco
Florida Bar No.: 1018671
Weinberg Wheeler Hudgins Gunn & Dial, LLC
3350 Virginia Street, Suite 500
Miami, FL 33133
Phone: 305-455-9500
Fax: 305-455-9501
Email: corozoco@wwhgd.com

3

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
## IN ADMIRALTY

### Case No. 23-cv-20666-BB

| | |
|---|---|
| VICTORIA MILLER, | ) |
| Plaintiff, | ) **JURY TRIAL DEMANDED** |
| vs. | ) |
| ROYAL CARIBBEAN CRUISES LTD., a Foreign Corporation, | ) |
| Defendant. | ) |

## CERTIFICATION OF P. SHANE O'NEILL

P. Shane O'Neill, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of State Bar of Georgia and the Northern District of Georgia, United States District Court; and (3) I have not filed more than three *pro hac vice* motions in different cases in this District within the last 365 days.

　　　　　　　　　　　　　　　　　　　*/s/ P. Shane O'Neill, Esq.*
　　　　　　　　　　　　　　　　　　　P. Shane O'Neill, Esq.

4