**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**IN ADMIRALTY**

**Case No. 23-cv-20666-BB**

| | |
|---|---|
| VICTORIA MILLER, ) | |
| ) | |
| Plaintiff, ) | **JURY TRIAL DEMANDED** |
| ) | |
| vs. ) | |
| ) | |
| ROYAL CARIBBEAN CRUISES LTD., ) | |
| a Foreign Corporation, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for P. Shane O'Neill, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. P. Shane O'Neill may appear and participate in this action on behalf of Victoria Miller. The Clerk shall provide electronic notification of all electronic filings to P. Shane O'Neill, at soneill@wwhgd.com.

DONE AND ORDERED in Chambers at United States District Court, Southern District of Florida this ____ day of _____, 2023.

_____
Honorable Beth Bloom
United States District Judge

Copies furnished to: All counsel of record